

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00365-GEB |
| Plaintiff, | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| v. | |
| PEDRO AGUILAR-AGUILAR, | |
| Defendant. | |

**RELEASE ORDER**

TO UNITED STATES MARSHAL:

This Order authorizes and directs you to release Pedro Aguilar-Aguilar from custody of the United States Marshal.

Dated: September 27, 2013

Hon. GARLAND E. BURRELL, JR.
United States District Judge